United States District Court
Southern District of Texas
**ENTERED**
May 29, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| ELVIS JOSUE TOBAR GARCIA, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 5:26-CV-966 |
| | § | |
| WARDEN, | § | |
| | § | |
| Respondent. | § | |

## ORDER

Upon due consideration of the United States of America's Opposed Motion to Intervene, (Dkt. No. 8), the Motion is hereby **GRANTED**.

The Clerk of Court is **DIRECTED** to enter Intervenor United States of America's Motion for Summary Judgment, (Dkt. 8, Attach. 1), into the record. Finally, the Clerk of Court is **DIRECTED** to mail Petitioner a copy of this Order and a copy of Docket Entry No. 8 by any receipted means to the following address:

Elvis Josue Tobar Garcia
A#: 246-946-708
Webb County Detention Center
9998 S Highway 83
Laredo, TX 78046
IT IS SO **ORDERED**.

**SIGNED** on May 29, 2026.

Brian C. Bajew
United States Magistrate Judge

Page 1 of 1